```
          UNITED STATES
          DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
          PITTSBURGH Division

       # 06003189 - ET   ET
          April 10, 2006


   Code    Case #    Qty     Amount

   CIVIL FI 06-461    1 @  250.00
                              250.00 CC


   TOTAL→                  250.00



   FROM: KUNKEL & FINK
         1208 ALLEGHENY BLDG
         429 FORBES AVE
         PITTSBURGH, PA 15219
```