IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONALD MEANS,
        Plaintiff,
            06cv0461

        v.                      **ELECTRONICALLY FILED**

TELETECH,
        Defendant.

## ORDER OF COURT APPOINTING ARBITRATOR

Pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1-16, and the Arbitration Agreement of the Parties (doc. no. 7), the parties hereby agree to final and binding arbitration of all claims set forth in the above-captioned matter (including the requested relief) before a single arbitrator selected by the counsel/parties. The rules of said arbitration will be the AAA Employment Dispute Resolution Rules but the parties will not select the arbitrator through the AAA. The arbitration shall occur in Pittsburgh Pennsylvania.

Defendant will pay the compensation and costs of the arbitrator, and if defendant cannot agree on compensation and costs for the arbitrator, Judge Schwab will set reasonable compensation and costs. Counsel listed below represent that they have authority of their client to enter into the above agreement.

- 
-         Selected arbitrator:        <u>Donald E. Ziegler</u>.
-         Arbitration shall take place before:    <u>March 30, 2007.</u>

SO ORDERED this 14th day of July, 2006.

_____
Arthur J. Schwab
U.S. District Judge

AGREED TO:

_____
Counsel for Plaintiff
cc: arbitrator

_____
Counsel for Defendant

1