# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD MEANS, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No. 06-0461 |
| | : | |
| v. | : | Judge Schwab |
| | : | |
| TELETECH, | : | |
| | : | **JURY TRIAL DEMANDED** |
| Defendant. | : | |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between counsel for the parties hereto and ORDERED by the Court that the above-captioned action shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,                                    Respectfully submitted,


 /s/ Gregory T. Kunkel                                       /s/ Kurth A. Miller (by consent)
Gregory T. Kunkel                                          Kurt A. Miller, Esq.
Pa. I.D. No. 58027                                         Pa. I.D. No. 37850
                                                           Amy J. Herne, Esq.
Kunkel & Fink, LLP                                         Pa. I.D. No. 84324
Brentwood Professional Bldg.
4411 Stilley Road, Suite 206                               Thorp Reed & Armstrong, LLP
Brentwood, Pennsylvania 15227                              One Oxford Centre
(412) 885-3880                                             301 Grant Street, 14th Floor
E-Mail: greg.kunkel@verizon.net                            Pittsburgh, PA 15219
                                                           (412) 394-7711
Counsel for Plaintiff                                      E-Mail: kmiller@thorpreed.com
                                                           E-Mail: aherne@thorpreed.com

                                                           Counsel for Defendant


Date: March 23, 2007

2

SO ORDERED:

_____J.

Date: _____

2