IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD MEANS, | : | CIVIL ACTION |
| Plaintiff, | : | No. 06-0461 |
| v. | | Judge Schwab |
| TELETECH, | | **JURY TRIAL DEMANDED** |
| Defendant. | | |

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between counsel for the parties hereto and ORDERED by the Court that the above-captioned action shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,                                  Respectfully submitted,

/s/ Gregory T. Kunkel                                    /s/ Kurth A. Miller (by consent)
Gregory T. Kunkel                                        Kurt A. Miller, Esq.
Pa. I.D. No. 58027                                       Pa. I.D. No. 37850
                                                         Amy J. Herne, Esq.
Kunkel & Fink, LLP                                       Pa. I.D. No. 84324
Brentwood Professional Bldg.
4411 Stilley Road, Suite 206                             Thorp Reed & Armstrong, LLP
Brentwood, Pennsylvania 15227                            One Oxford Centre
(412) 885-3880                                           301 Grant Street, 14th Floor
E-Mail: greg.kunkel@verizon.net                          Pittsburgh, PA 15219
                                                         (412) 394-7711
Counsel for Plaintiff                                    E-Mail: kmiller@thorpreed.com
                                                         E-Mail: aherne@thorpreed.com

                                                         Counsel for Defendant

Date: March 23, 2007

SO ORDERED:

_____, J.

Date: 26 MARCH 2007